# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Jos. A. Bank Clothiers, Inc., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:21-cv-00070-KJM-AC<br><br>ORDER |

On July 6, 2021, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). *See* ECF No. 24.

Upon due consideration, good cause appearing, the Court GRANTS the joint motion and DISMISSES this action in its entirety with prejudice. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

This order resolves ECF No. 24.

IT IS SO ORDERED.

DATED: July 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1